# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132144

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DOMINICA SHARDA SIMS,
     Defendant-Appellant.

SC: 132144
COA: 271092
Kalamazoo CC: 05-000088-FC

_____/

On order of the Court, the application for leave to appeal the August 1, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

d1120